UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>NORTHWEST VENTURE PARTNERS III, LP,<br><br>   Defendant. | NO. CV-09-075-RHW<br><br>**ORDER ACCEPTING STIPULATION REGARDING MOTION FOR PERMANENT INJUNCTION** |

Before the Court is Plaintiff's Motion for Permanent Injunction and Appointment of Receiver (Ct. Rec. 2), noted for hearing on April 16, 2009. The parties have filed a Stipulation Regarding Commencement of Receivership, stipulating that the parties have reached an agreement that obviates the need for Defendant to respond to the motion or for the Court to hold a hearing on the matter (Ct. Rec. 9). The agreement renders the motion moot and contemplates the possible future entry of a consent order, which would follow upon a separate motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation Regarding Commencement of Receivership (Ct. Rec. 9) is **accepted**.

2. Plaintiff's Motion for Permanent Injunction and Appointment of Receiver (Ct. Rec. 2) is **DENIED as moot.**

///

///

**ORDER ACCEPTING STIPULATION REGARDING MOTION FOR PERMANENT INJUNCTION** * 1

1     **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2 Order and forward copies to counsel.
3     **DATED** this 9th day of April, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

10 Q:\CIVIL\2009\NW Venture Partners\grant.stip.ord.wpd

**ORDER ACCEPTING STIPULATION REGARDING MOTION FOR PERMANENT INJUNCTION** * 2